IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HORSHAM BLAIR MILL ARCT, LLC : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 23-2745 |
| TFV INVESTORS ASSOCIATES, LP, : | |
| HORSHAM 1130 GP LLC and : | |
| THOMAS F. VERRICHIA : | |

## ORDER

AND NOW, this 28th day of February, 2024, upon consideration of SB PB Victory, LP's Motion to Reopen Case and Intervene (Document No. 21) and Horsham Blair Bill ARCT, LLC's Response in opposition, it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,      C.J.